IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON, :
:
    Petitioner :
:
     : CIVIL NO. 1:CV-01-1226
vs. :
     : (Judge Caldwell)
IMMIGRATION AND :
NATURALIZATION SERVICE, :
:
    Respondent :

FILED
HARRISBURG, PA
JUL 19 2001
MARY E. D'ANDREA, CLE
Per _____ Deputy Clerk

<u>O R D E R</u>

AND NOW, this 19th day of July, 2001, it is ordered that:

    1. The Clerk of Court is directed to serve a copy of the petition for writ of habeas corpus on Respondent and the United States Attorney.

    2. Within twenty days of the date of this order, Respondent shall respond to the allegations in the petition.

    3. Petitioner shall, if he so desires, file a reply to the response within fifteen days of its filing.

    4. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondent's response, and, if any, the Petitioner's reply.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge