Copy

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Martin Carlson, Acting U.S. Attorney
   P.O. Box 11754
   Harrisburg, Pa. 17108

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery: JUL 20 2001
C. Signature: X [signature]   ☐ Agent  ☒ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Ashcroft, Attorney General
   U. S. Department of Justice
   P.O. Box 878, Ben Franklin Station
   Washington D. C. 20044

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): S. Lawrence   B. Date of Delivery: 7-24-01
C. Signature: X [signature]  ☐ Agent  ☒ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0230 1663 3067   1-CV-01-1226   Sconda 7-19-01
PS Form 3811, July 1999

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Immigration & Naturalization
   1660 Callowhill St.
   Philadelphai, Pa. 19130

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature: X Thomas Goodwyn  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0230 1663 3050   1-CV-01-1226   Sconda 7-19-01
PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

3 of 3.

---

Handwritten notes (right margin):

CV-01-1226
7/19/01
Show Cause
Order
Caldwell

PBSLC
Taggart

**FILED**
HARRISBURG, PA
AUG 1 2001
MARY E. D'ANDREA, CLERK
Per [signature], Deputy Clerk