FILED
SCRANTON
AUG - 9 2001
PER _____
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| GLADWIN WILSON | CIVIL ACTION NO. 1: 01-1226 |
| | Agency No. A41-928-716 |
| Petitioner, | |
| v. | (JUDGE CALDWELL) |
| | |
| IMMIGRATION AND | MOTION TO DISMISS FOR LACK |
| NATURALIZATION SERVICE | OF JURISDICTION AND FAILURE |
| | TO STATE A CLAIM UPON WHICH |
| | RELIEF CAN BE GRANTED |
| Respondent. | |

Respondent, through undersigned counsel, hereby moves the Court to dismiss Gladwin Wilson's habeas corpus petition challenging the order of removal pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. As stated in the attached declaration, petitioner is not entitled to the relief sought because petitioner is not entitled to habeas relief in this Court where the Court of

Appeals retains jurisdiction over the merits of his claim and where petitioner has no claim for relief because his case has been previously decided in the Court of Appeals.

                                      Respectfully submitted,

                                      STUART E. SCHIFFER
                                      Acting Assistant Attorney General

| | |
|---|---|
| MARTIN C. CARLSON<br>Unites States Attorney | DAVID V. BERNAL<br>Assistant Director |
| | |
| MARY CATHERINE FRYE<br>Assistant U.S. Attorney<br>Middle District of Pennsylvania<br>228 Walnut Street<br>P.O. Box 11754<br>Harrisburg, PA 11754<br>(717) 221-4482 | *Ernesto H. Molina, Jr. (sub)*<br>ERNESTO H. MOLINA, JR.<br>Senior Litigation Counsel<br>JAMIE M. DOWD<br>Summer Law Intern<br>Office of Immigration Litigation<br>Civil Division, U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-9344 |
| Dated: August 3, 2001 | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim upon which Relief Can Be Granted was served on petition by placing the same in the United States Department of Justice mailroom for same day mailing, postage prepaid, on August 6, 2001, addressed to:

        Gladwin Wilson
        Register # 9900345
        Snyder County Prison
        600 Old Colony Rd.
        Selinsgrove, PA  17870

        _____
        Ernesto H. Molina, Jr.
        Senior Litigation Counsel
        Office of Immigration Litigation