*See Attachment (7)*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON,

    Petitioner

vs.

IMMIGRATION AND
NATURALIZATION SERVICE,

    Respondent

: CIVIL NO. 1:CV-01-1226
:
: (Judge Caldwell)

**FILED**
HARRISBURG, PA

AUG 14 2001

MARY L. [illegible], CLERK
Per _____ Deputy Clerk

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On July 2, 2001, Gladwin Wilson filed this *pro se* Petition for Writ of Habeas Corpus challenging his order of deportation. On July 19, 2001, we issued an Order to Show Cause directing the Respondent to file a response to the petition on or before August 8, 2001.

On August 8, 2001, the Respondent filed a motion for enlargement of time of one day to file its response. The Court will grant Respondent's motion. We note that the response, a motion to dismiss, was filed on August 9, 2001.

Accordingly, this 14th day of August, 2001, it is ordered that Respondent's motion for a one-day enlargement of time (doc. 4) is granted.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 14, 2001

Re:  1:01-cv-01226    Wilson v. Immigration and Nat

True and correct copies of the attached were mailed by the clerk to the following:

```
Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Mary Catherine Frye, Esq.
U.S. Attorney's Office
Room 217 Federal Building
228  Walnut St.
Harrisburg, PA   17108

Ernesto H. Molina Jr., Esq.
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC   20044
```

cc:
Judge                               (✓)            (✓) Pro Se Law Clerk
Magistrate Judge                    ( )            ( ) INS
U.S. Marshal                        ( )            ( ) Jury Clerk
Probation                           ( )
U.S. Attorney                       ( )
Atty. for Deft.                     ( )
Defendant                           ( )
Warden                              ( )
Bureau of Prisons                   ( )
Ct Reporter                         ( )
Ctroom Deputy                       ( )
Orig-Security                       ( )
Federal Public Defender             ( )
Summons Issued                      ( )  with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                 ( )
Order to Show Cause                 ( )  with Petition attached & mailed certified mail

```
                                to:  US Atty Gen    ( )   PA Atty Gen  ( )
                                     DA of County   ( )   Respondents  ( )
Bankruptcy Court        ( )
Other_____( )
                                                    MARY E. D'ANDREA, Clerk

DATE:  8/14/01                              BY: _____
                                                    Deputy Clerk
```