01-CV-1226

RETURN TO SENDER:
☐ = PERSON'S NAME REQUIRED FOR DELIVERY
☐ = PERSON'S ID NUMBER REQUIRED FOR DELIVERY
☐ = NO PACKAGE AUTHORIZATION ISSUED FOR DEL
☒ = PERSON NO LONGER INCARCERATED HERE
☐ = OTHER:

DATE: 8-15-01  OFFICER: [signature]

SNYDER COUNTY PRISON
MAIL PROCESSING

remailed 8/20/01

copy

**FILED**
HARRISBURG, PA

AUG 17 2001

MARY E. D'ANDREA, CLERK
Per S/S
        Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS