ORIGINAL

⑨
8/31/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON
    petitioner,

v.

IMMIGRATION AND NATURALIZATION
SERVICE,
    RESPONDENT.

Civil No. 1:CV-01-1226

(Judge Caldwell)

RE: CHANGE OF ADDRESS

Enclose please find my New Address.

OLD ADDRESS:

    GLADWIN WILSON
    SNYDER COUNTY PRISON
    600 OLD COLONY RD.
    SELINGSGROVE, PA 17870

FILED
HARRISBURG
AUG 3 0 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

NEW ADDRESS:

    GLADWIN WILSON
    176-12 BAISLEY BLVD.
    SPRINGFIELD, GARDEN,
    NEW YORK , 11434

DATE 8/28/01

RESPECTFULLY SUBMITTED

Gladwin Wilson
GLADWIN WILSON